UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/10
```

JAMES KAUTZ, derivatively on behalf of
iStar Financial Inc.,

                         Plaintiff,

-v-

JAY SUGARMAN, *et al.*,

                         Defendants.

No. 10 Civ. 3478 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The parties appeared before the Court for a pre-motion conference on May 28, 2010. As stated on the record, IT IS HEREBY ORDERED that Plaintiff shall file its amended Complaint by June 28, 2010. By July 8, 2010, Defendants shall submit a letter indicating whether they still wish to make a motion to dismiss. In the event that Defendants wish to make a motion to dismiss, the letter shall propose a briefing schedule agreeable to all parties. In the event that Defendants intend to answer, they shall propose a date by which they shall do so that is agreeable to all parties.

      IT IS FURTHER ORDERED that counsel Jefrrey Norton shall file a notice of appearance on ECF forthwith.

DATED:      May 28, 2010
                  New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE